IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLOPHER DOTSON,

     Petitioner,                     No. CIV S-06-2251 FCD KJM P

    vs.

M.C. KRAMER,

     Respondent.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        On March 14, 2007, petitioner filed a motion seeking leave to amend. Under Federal Rule of Civil Procedure 15(a), petitioner's request will be granted and petitioner will be given thirty days leave within which to file his amended petition. If petitioner fails to file his amended petition within thirty days the court will recommend that this action be dismissed without prejudice. Petitioner should include all of his grounds for relief in his amended petition.

        Petitioner has filed two motions asking that the court stay his original habeas petition. In light of the above, those requests will be denied. If petitioner wishes to stay his amended petition, he may file a motion for stay therewith.

/////

1

Petitioner asks that the court take judicial notice of the transcripts and records associated with the state court proceedings at issue in this case. However, petitioner has not suggested a valid need for judicial notice at this stage in the proceedings. Petitioner's request will be denied without prejudice.

Finally, petitioner has filed a motion to vacate his sentence. This is not a valid motion in this action. As indicated above, petitioner should include any grounds attacking his conviction or sentence in his amended habeas petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's March 14, 2007 motion for leave to amend is granted.

2. Petitioner's October 12, 2006 petition for writ of habeas corpus is dismissed.

3. Within thirty days, petitioner shall file an amended application for writ of habeas corpus on the form to be provided by the clerk of the court.

4. The Clerk of the Court is directed to send petitioner the court's form application for writ of habeas corpus under 28 U.S.C. § 2254.

5. Petitioner's October 12, 2006 motion for stay is denied.

6. Petitioner's March 14, 2007 motion for stay is denied.

7. Petitioner's October 12, 2006 request for judicial notice is denied.

8. Petitioner's October 25, 2006 request for judicial notice is denied.

9. Petitioner's October 27, 2006 request for judicial notice is denied.

10. Petitioner's March 14, 2007 "Motion To Vacate Sentence" is denied.

DATED: May 14, 2007.

U.S. MAGISTRATE JUDGE

/mp
dots2251.mta(3.14.07)

2