IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLOPHER DOTSON,

        Petitioner,                    No. CIV S-06-2251 FCD KJM P

   vs.

M.C. KRAMER,

        Respondent.         ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

        On June 29, 2007, petitioner filed a request that the court consider additional points and authorities in support of petitioner's claims. Good cause appearing, the court will consider the material provided to the court on June 29, 2007, to the extent the material provides support for claims in petitioner's application for writ of habeas corpus. The court will not consider new claims appearing in the June 29, 2007 documents.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases.

2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

3. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter.

4. Petitioner's June 29, 2007 request that the court consider additional points and authorities in support of his application for writ of habeas corpus is granted. The court will consider the materials submitted by petitioner on June 29, 2007 to the extent the material provides support for the claims asserted in petitioner's application for writ of habeas corpus.

5. The Clerk of the Court shall serve a copy of this order, a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a copy of the materials filed by petitioner on June 29, 2007 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: October 26, 2007.

_____
U.S. MAGISTRATE JUDGE

1
dots2251.100(5.25.07)