IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLOPHER DOTSON,

      Petitioner,                    No. CIV S-06-2251 FCD KJM P

    vs.

M.C. KRAMER,

      Respondent.               ORDER

_____/

        Petitioner, is a state prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Once an answer has been filed, a party may amend a pleading only by leave of court or by written consent of the adverse party. See Fed. R. Civ. P. 15(a). An answer was filed on December 26, 2007. Petitioner has filed neither a motion to amend nor a stipulation to amend his habeas petition signed by all parties. Plaintiff's amended petitions, filed January 2, 2008 and January 8, 2008 will therefore be stricken, and this action will proceed on the amended petition filed May 25, 2007.

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that petitioner's January 2, 2008 and January 8, 2008 amended petitions for writ of habeas corpus are stricken.

DATED: January 17, 2008.

_____
U.S. MAGISTRATE JUDGE

1
dots2251.110(c)