IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLOPHER DOTSON,

      Petitioner,                    No. CIV S-06-2251 FCD KJM P

   vs.

M. C. KRAMER,

      Respondent.                ORDER

_____/

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has filed a motion asking that he be granted default judgment because, in respondent's answer, respondent failed to address ground five asserted in petitioner's application for writ of habeas corpus. However, the failure of a respondent to respond to a habeas petitioner's claim does not entitle the petitioner to default judgment on that claim. Gordan v. Duran, 895 F.2d 610, 612 (9th Cir. 1990). Furthermore, the court has reviewed petitioner's fifth ground for relief and respondent's answer and finds no

/////

/////

/////

1

1. further response by respondent is necessary.  Accordingly, IT IS HEREBY ORDERED that
2. petitioner's motion for default judgment (#28) is denied.
3. DATED: November 24, 2008.

_____
U.S. MAGISTRATE JUDGE

1
dots2251.def