IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLOPHER DOTSON,

    Petitioner,                                                No. CIV S-06-2251 FCD CHS P

    vs.

M. C. KRAMER,

    Respondent.                      <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus brought pursuant to 18 U.S.C. § 2254.  On July 10, 2009, this court vacated it's order and judgment denying his petition in order to allow him the opportunity to file written objections to the magistrate judge's findings and recommendations which he had not been served with due to a mailing error by the court.

        In a motion filed on July 20, 2009, petitioner states that he still has not received a copy of the March 16, 2009 findings and recommendations and requests the court to serve him with a copy.  He also requests an extension of time to allow him to file his objections within 30 days after being served with the findings and recommendations.  The docket for this case reflects that the March 16, 2009 findings and recommendations were finally served on petitioner on July

1

21, 2009. Accordingly, petitioner's July 20, 2009 motion for the court to serve a copy of the findings and recommendations will be denied as unnecessary. Petitioner's additional request for an extension of time to file his objections will be allowed.

IT IS HEREBY ORDERED that:

1. Petitioner's July 20, 2009 motion for the court to serve a copy of the March 16, 2009 findings and recommendations is DENIED as unnecessary; and

2. Petitioner's additional request for an extension of time to file his objections to the findings and recommendations is GRANTED. Petitioner's objections must be filed within 30 days of service of the March 16, 2009 findings and recommendations.

DATED: July 22, 2009

*/s/ Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE