IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLOPHER DOTSON,

    Petitioner,                                      No. CIV S-06-2251 FCD CHS P

    vs.

M. C. KRAMER,

    Respondent.                      <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a timely notice of appeal of this court's order signed on August 25, 2009 and filed on August 26, 2009, in which his application for writ of habeas corpus was denied. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" *Jennings v. Woodford*,

1

1  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).[1]

2  Petitioner has not met this standard. For the reasons set forth in the magistrate

3  judge's Findings and Recommendations signed and filed on March 16, 2009, petitioner has not

4  made a substantial showing of the denial of a constitutional right in any of his claims.

5  Accordingly, IT IS HEREBY ORDERED that a certificate of appealability shall

6  not issue in the present action.

7  DATED: September 28, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. *Jennings*, at 1010.