IN THE UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLOPHER DOTSON,

    Petitioner,                      No. CIV S-06-2251 FCD CHS P

    vs.

M. C. KRAMER,

    Respondent.                  ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a motion to proceed in forma pauperis on appeal. Good cause appearing therefor, IT IS HEREBY ORDERED that petitioner is granted in forma pauperis status on appeal.

DATED: October 28, 2009

*/s/ Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1